1  **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2  1318 K Street
Bakersfield, CA 93301
3  Ph.: (661)326-0857
Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
LONNY RAY HAYCOCK
6

7

8

# IN THE UNITED STATES DISTRICT COURT
9
## FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-CR-498  LJO |
| Plaintiff, | **STIPULATION AND  ORDER TO CONTINUE MOTIONS HEARING** |
| vs. | |
| LONNY RAY HAYCOCK, | |
| Defendant, | |

19  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

20  LAWRENCE J. O'NEILL AND DAVID L. GAPPA, ASSISTANT UNITED STATES

21  ATTORNEY:

22      **COMES NOW** Defendant, LONNY HAYCOCK by and through his attorney of record,

23  DAVID A. TORRES hereby request that the motions hearing date currently set for April 15,

24  2011 be continued to April 29, 2011  at 8:30 a.m., or a date convenient to court and counsel.

25      This is a mutual agreement between myself, and Assistant United States Attorney David

26  L. Gappa.  I am scheduled for shoulder surgery on Wednesday, April 13, 2011 and anticipate

27  being in recovery until Sunday, April 17, 2011.

28      This matter is currently set for motions on April 15, 2011.  I previously informed the

1   court of my intention to file a Motion to Quash.  After investigating the facts further and

2   researching the law, I do not believe there is a legal or factual basis to file a Motion to Quash.  As

3   such, I will ask that the April 29th be deemed a Status hearing to allow Mr. Gappa and I an

4   opportunity to discuss a possible plea agreement.

5          **The defendant is willing to continue, excluding time through the next court**

6   **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**

7   **rights.**

8          Based upon the foregoing, I respectfully request that this matter be continued to

9   April 29, 2011.

10         The parties also agree that the delay resulting from the continuance shall be excluded in

11  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

12                IT IS SO STIPULATED.

13

14  Dated: 4/8/11                              /s/ David A. Torres
                                              DAVID A. TORRES
15                                            Attorney for Defendant
                                              LONNY RAY HAYCOCK
16

17
    Dated: 4/8/11                              /s/ David L. Gappa
18                                            DAVID L. GAPPA
                                              Assistant U. S. Attorney
19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        GOOD CAUSE for medical reasons exist.  Time is excluded in the interest of justice

3   pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

4

5

6

7

8

9

10

11

12

13

14

15                                                          IT IS SO ORDERED.

16

**Dated:      April 8, 2011**                           **/s/ Lawrence J. O'Neill**

17                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28