**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
LONNY RAY HAYCOCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LONNY RAY HAYCOCK,<br><br>                    Defendant, | Case No.: 10-CR-498  LJO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND JEREMY JEHANGIRI, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, LONNY HAYCOCK by and through his attorney of record,

DAVID A. TORRES hereby request that the status conference hearing date currently set for

Friday, June 24, 2011 be continued to July 22, 2011 at 8:30 a.m., or a date convenient to court

and counsel.

   This is a mutual agreement between myself, and Assistant United States Attorney Jeremy

Jehangiri. Both counsel are currently structuring a plea agreement and are further waiting for

additional mitigating information.

1 | The defendant is willing to continue, excluding time through the next court appearance
2 | and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.
3 | Based upon the foregoing, I respectfully request that this matter be continued to
4 | July 1, 2011.
5 | The parties also agree that the delay resulting from the continuance shall be excluded in
6 | the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: June 20, 2011            /s/ David A. Torres
                                DAVID A. TORRES
                                Attorney for Defendant
                                LONNY RAY HAYCOCK


Dated: June 20, 2011            /s/ Jeremy Jehangiri
                                JEREMY JEHANGIRI
                                Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   June 21, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE