**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
LONNY RAY HAYCOCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LONNY RAY HAYCOCK,<br><br>　　　　　　　Defendant, | Case No.: 10-CR-498  LJO<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND JEREMY JEHANGIRI, ASSISTANT UNITED STATES

ATTORNEY:

　　　**COMES NOW** Defendant, LONNY HAYCOCK by and through his attorney of record,

DAVID A. TORRES hereby request that the status conference hearing date currently set for

Friday, July 22, 2011 be continued to September 9, 2011 at 8:30 a.m., or a date convenient to

court and counsel.

　　　This is a mutual agreement between myself, and Assistant United States Attorney Jeremy

Jehangiri. On Monday, July 18, 2011 I met with AUSA Jeremy Jehengiri and he notified me that

he has been tracking the progress and results of a debriefing between Mr. Haycock and the

1 Federal Bureau of Investigation. This may have an affect on the ultimate disposition of this
2 matter in terms of fashioning a plea agreement.
3     The defendant is willing to continue excluding time through the next court appearance
4 and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.
5     Based upon the foregoing, I respectfully request that this matter be continued to
6 July 1, 2011.
7     The parties also agree that the delay resulting from the continuance shall be excluded in
8 the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

11 Dated: July 21, 2011                          /s/ David A. Torres
                                                                                DAVID A. TORRES
12                                                                                 Attorney for Defendant
                                                                                LONNY RAY HAYCOCK

14
Dated: July 21, 2011                          /s/ Jeremy Jehangiri
15                                                                                 JEREMY JEHANGIRI
                                                                                Assistant U. S. Attorney

**ORDER**

Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).    Good cause has been stated.

IT IS SO ORDERED.

**Dated:   July 21, 2011**            /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE