**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
LONNY RAY HAYCOCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LONNY RAY HAYCOCK,<br><br>　　　　　　　　Defendant, | Case No.: 10-CR-498  LJO<br><br>**STIPULATION AND ORDER TO ADVANCE  STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND JEREMY JEHANGIRI, ASSISTANT UNITED STATES

ATTORNEY:

　　　　**COMES NOW** Defendant, LONNY HAYCOCK by and through his attorney of record,

DAVID A. TORRES hereby request that the status conference hearing date currently set for

Friday, September 23, 2011 be advanced to September 19, 2011 at 8:30 a.m., or a date

convenient to court and counsel.

　　　　This is a mutual agreement between myself, and Assistant United States Attorney Jeremy

Jehangiri.  I was advised by the court clerk that the matter could be advanced prior to Friday,

September 23, 2011 and requesting that the matter be heard on September 19, 2011.

**The defendant is willing to continue excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be advanced to September 19, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: September 14, 2011        /s/ David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant
                                 LONNY RAY HAYCOCK

Dated: September 14, 2011        /s/ Jeremy Jehangiri
                                 JEREMY JEHANGIRI
                                 Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

/s/ Lawrence J. O'Neill

DATED: September 15, 2011

LAWRENCE J. O'NEILL
United States District Judge