**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
LONNY RAY HAYCOCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-CR-498  LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| LONNY RAY HAYCOCK, | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND JEREMY JEHANGIRI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LONNY HAYCOCK by and through his attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, April 9, 2012 be continued to April 23, 2012 at 8:30 a.m., or a date convenient to court and counsel.

On or about March 7, 2012, I was sent out to trial in the matter of *People v. Velasquez, et al.*, a four defendant homicide with gang allegations, which had been trailing since January 17,

2012. This is a State case in Kern County. On Monday, March 12, 2012, the Trial Judge, the Honorable John Somers, provided notice to all counsel of a potential conflict of interest and sought waivers of said conflicts from all parties. Despite all four defendants agreeing to waive conflict, the Deputy District Attorney did not wish to waive. As such, the matter was returned to the Presiding Court for trial assignment.

On Tuesday, March 13, 2012, the matter was assigned to the Honorable John Lua. On the following Thursday, March 15, 2012, the DDA offered my client a plea bargain which he readily accepted. During that time, however, AUSA Jeremy Jehangiri emailed me and asked if I would agree to continuing the sentencing of Lonnie Haycock which is set for Monday, April 9, 2012. I agreed in that I needed to draft and serve the Informal Objection to the PSI. I completed the Objection over the weekend and timely served it on Monday, March 19, 2012.

Because of the amount of time spent preparing on the homicide case as well as preparing for trial in the matter of *U.S. v. Israel Armas-Ramirez,* a trial scheduled to begin in this court in the 24th of April, I believe good cause exists to continue.

An issue has surfaced on the Haycock matter which will require in-depth legal research and briefing. The issue is outlined in the Objection to the PSI. Counsel for Mr. Haycock intends to prepare a legal brief stating out position as to why the agreement between defense and the AUSA must remain intact.

Based on the foregoing, Mr. Haycock respectfully submits this request to the Honorable Lawrence O'Neill seeking a continuance of the sentencing date to April 23, 2012

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights**. **The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).**

Dated: March 21, 2012                     /s/ David A. Torres
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          LONNY RAY HAYCOCK


Dated: March 21, 2012                     /s/ Jeremy Jehangiri
                                          JEREMY JEHANGIRI
                                          Assistant U. S. Attorney


## ORDER

**Good Cause exists for the continuance.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).  Request granted.


IT IS SO ORDERED.

**Dated:   March 21, 2012**                /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE